**Order filed August 30, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00560-CR
_____

**RUSSELL SINGLETON LEONARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 12
Harris County, Texas
Trial Court Cause No. 1949831**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the originals of **State's exhibit 1, the 911 call and State's exhibit 3, a video.**

The clerk of the County Criminal Court at Law No. 12 is directed to deliver to the clerk of this court the originals of State's exhibit 1, the 911 call and State's exhibit 3, a video, on or before **September 13, 2016.** The clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the originals of State's exhibit 1, the 911 call and State's exhibit 3, a video, to the clerk of the County Criminal Court at Law No. 12.

PER CURIAM